■ In the Matter of MARIANA RIVERA et al., Respondents, v ISRAEL MARTINEZ, Appellant, and FREDERIC M. UMANE et al., Constituting the Board of Elections in the City of New York, Respondents, et al., Respondent. In the Matter of ISRAEL MARTINEZ, Appellant, v BOARD OF ELECTIONS IN THE CITY OF NEW

YORK et al., Respondents. [799 NYS2d 899]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), entered August 15, 2005, unanimously affirmed, without costs or disbursements, for the reasons stated by Seewald, J. No opinion. Concur—Saxe, J.P., Friedman, Marlow, Gonzalez and Sweeny, JJ.